IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-1986-AP**

**TIMOTHY L. JORDAN,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

---

**ORDER**

---

Kane, J.

Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (doc. #4), filed October 26, 2009, is **GRANTED**.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g).

Dated:  October 26, 2009.

                                         BY THE COURT:

                                         *s/John L. Kane*
                                         JOHN L. KANE, SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT