- 1 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-1986-AP

**TIMOTHY L. JORDAN,**

    Plaintiff,

    v.

**MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Rick P. Sauer
700 Macon Ave.
Cañon City, CO 81212
Telephone: 719/275-7591
FAX: 719/275-6165
E-mail: Sauer.rick@gmail.com
Attorney for Plaintiff

For Defendant:

John F. Walsh
United States Attorney

William Pharo
Assistant U.S. Attorney
William.Pharo@usdoj.gov

Allan Berger
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, CO 80294
Telephone: (303) 844-2149
Fax: (303) 844-0770
allan.berger@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

  A.  Date Complaint Was Filed: 8/20/2009.
  B.  Date Complaint Was Served on U.S. Attorney's Office: 9/4/09.
  C.  Date Remanded to the Commissioner Pursuant to Sentence 6, 42 U.S.C. 405(g):  10/26/2009
  D.  Date Reopened:  3/17/11
  E.  Date Answer and Administrative Record Were Filed: 4/8/11.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is finally drafted and filed.

**Defendant states:** To the best of his knowledge, the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:**  See paragraph four above.

**Defendant states:**  None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:**  This case involves no unusual claims.

**Defendant states:**  This case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

**Plaintiff states:**   The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of his opening brief is filed.

**Defendant states**:  To the best of his knowledge, there are no other matters.

## 8. BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due: 6/30/11**
    B.    **Defendant's Response Brief Due: 8/1/11**
    C.    **Plaintiff's Reply Brief Due: 8/29/11**

The parties are requesting a non-standard briefing schedule because counsel for the Commissioner will be out of the country from June 28 to July 20, which would encompass the date the Commissioner's brief would be due under the normal briefing schedule (July 6, 2011). In addition, the parties are requesting extra time for the reply brief because counsel for Plaintiff will be out of the office the first two weeks of August.

*COURT'S NOTE -   Given the extended briefing schedule set forth in this plan, extensions will not be considered absent extreme circumstances.*

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:**  Plaintiff wants oral argument if the court requests it.
    B.    **Defendant's Statement:**  Oral Argument is not requested.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    A.    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B.    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 29th day of April, 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Rick P. Sauer<br>Rick P. Sauer<br>700 Macon Ave.<br>Cañon City, CO 81212<br>Telephone: 719/275-7591<br>FAX: 719/275-6165<br>E-mail: Sauer.rick@gmail.com<br>Attorney for Plaintiff | John F. Walsh<br>United States Attorney<br><br>William Pharo<br>Assistant U.S. Attorney<br>William.Pharo@usdoj.gov<br><br>s/ Allan Berger<br>Allan Berger<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>allan.berger@ssa.gov<br><br>Attorneys for Defendant |